Case 1:26-cv-00182   Document 8   Filed 02/23/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Ilie B.[1], | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:26-cv-182 |
| | § | |
| WARDEN, PORT ISABEL | § | |
| SERVICE PROCESSING CENTER, | § | |
|     Respondent. | § | |

## ORDER REQUIRING GOVERNMENT RESPONSE

Before the Court is Ilie B.'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. Dkt. No. 1. Petitioner proceeds without legal representation.

To facilitate the progress of this petition, Respondents are **ORDERED** to show cause why the writ of habeas corpus should not be granted by **no later than April 9, 2026**.

The Clerk of Court is **DIRECTED** to deliver copies of the petition (Docket Entry No. 1) and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by electronic mail to USATXS.CivilNotice@usdoj.gov.

Signed on February 23, 2026.

_____
Karen Betancourt
United States Magistrate Judge

---

[1] Due to significant privacy concerns in immigration cases and noting that judicial opinions are not subject to Federal Rule of Civil Procedure 5.2, any opinion, order, judgment, or other disposition in this case will refer to the petitioner only by first name and last initial.